Eastern District of Kentucky
**FILED**

MAY 23 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-cr-036-REW

HARVEY C. GOLLAHAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about April 23, 2024, in Bell County, in the Eastern District of Kentucky,

**HARVEY C. GOLLAHAN**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 924(c)(1)(A)**

On or about April 23, 2024, in Bell County, in the Eastern District of Kentucky,

**HARVEY C. GOLLAHAN**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute controlled substances, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about April 23, 2024, in Bell County, in the Eastern District of Kentucky,

**HARVEY C. GOLLAHAN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock, Model 43, 9mm semiautomatic handgun with serial number AEWP310, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **HARVEY C. GOLLAHAN** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **HARVEY C. GOLLAHAN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **HARVEY C. GOLLAHAN** shall forfeit to the United States any and all firearms, magazines and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 924(c) and 922(g). Any and all interest that **HARVEY C.**

GOLLAHAN has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.   The property to be forfeited includes the following seized from **HARVEY C. GOLLAHAN** on or about April 23, 2024:

**FIREARMS AND AMMUNITION:**
  a.   Glock, Model 43, 9mm handgun S/N: AEW310; and
  b.   All associated ammunition and accessories.

A TRUE BILL

_____
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 3:

Not more than 15 years imprisonment, not more than a $250,000 fine, and 3 years of supervised release.

**PLUS:**     Forfeiture of all listed property.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.